UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANTONIO WILLIAMS                                                    PETITIONER

v.                                                    CIVIL ACTION NO. 3:09-CV-655-S

NANCY DOOM, WARDEN                                                  RESPONDENT


## MEMORANDUM OPINION

This matter is before the Court after preliminary review of Antonio Williams's *pro* se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The Court ordered Petitioner to show cause why this petition should not be dismissed as time-barred under the doctrine of equitable tolling.  In his response, Petitioner argues the merits of his petition, specifically, that his counsel failed to object to the commonwealth's notice of intent to introduce evidence of other crimes, wrongs or acts under Rule 404(C) of the Kentucky Rules of Evidence.  Petitioner also states his counsel failed to file a notice of appeal.  Petitioner provides no other factual specifics in response to the show-cause opinion and order.   The Court concludes Petitioner fails to state any circumstances which support equitably tolling § 2244's limitation period under *Dunlap v. United States*, 250 F.3d 1001, 1008 (6th Cir. 2001).  The Court will, therefore, enter a separate order dismissing this petition.

### Certificate of Appealability

Before seeking an appeal, § 2253 requires a petitioner to make a substantial showing of the denial of a constitutional right.  This does not require a showing that the appeal will succeed. *Slack v. McDaniel*, 529 U.S. 473 (2000).  Rather, the petitioner must show that reasonable jurists could find debatable whether the petition should be resolved in a different manner or that the

matter deserves further review.  *Miller-El v. Cockrell*, 537 U.S. 322 (2003).  This Court

concludes no reasonable jurist would find debatable the conclusion that the petition is time-

barred and that the doctrine of equitable tolling is not applicable.

DATED:  March 3, 2010

Charles R. Simpson III, Judge
United States District Court

cc:     Petitioner, *pro se*
        Respondent
        Attorney General, Commonwealth of Kentucky

4411.007