UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANTONIO WILLIAMS                                                                   PETITIONER

v.                                                 CIVIL ACTION NO. 3:09-CV-655-S

NANCY DOOM, WARDEN                                         RESPONDENT

## **ORDER**

This matter is before the Court on the *pro se* Petitioner, Antonio Williams's response to a show cause order because he has filed this habeas petition, under 28 U.S.C. § 2254, outside the limitation period. For reasons set forth in a Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the petition of Antonio Williams is **DISMISSED** with prejudice for failure to file within the statute of limitations, 28 U.S.C. § 2244(d).

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** for reasons stated in the Memorandum Opinion entered this date.

This is a final order with no just reason for delay in its entry.

The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this action would not be taken in good faith.

DATED: March 3, 2010

                                                    **Charles R. Simpson III, Judge**
                                                    **United States District Court**

cc:     Petitioner, *pro se*
         Respondent
         Attorney General, Commonwealth of Kentucky

4411.007